OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN TEXAS 787 HOSTAGE >> PITNEY BOWES

Discharged

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.35⁰
02 1W
0001401623 OCT 14 2015

**10/5/2015**
**COOPER, JOEL**          Tr. Ct. No. 1365709-A          **WR-83,991-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



JOEL COOPER
WILLACY UNIT - TDC # 1875539

UTF

U TF